United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 24-50507-KMS
Celine Marie Porciello Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 2
Date Rcvd: May 30, 2025      Form ID: ntcdsm      Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Celine Marie Porciello, 412 S. Main St., Petal, MS 39465-2202 |
| 5356081 | | Aaron's, 6110 US 98, Hattiesburg, MS 39402 |
| 5356082 | + | Cash N Hand, 4600 Hardy St, Ste 6, Hattiesburg, MS 39402-1349 |
| 5356086 | + | Harbor Loans of Petal, 100 Eastbrook Dr, Ste 40, Petal, MS 39465-6008 |
| 5356089 | | Logan Tarver, 6 Rocky Dr, Liberty, MS 39645 |
| 5356095 | + | SMCS, Attn: Banruptcy, 5001 Park St, Moss Point, MS 39563-2733 |
| 5356096 | + | Sunbelt Federal, 1506 Congress Street, Laurel, MS 39440-4239 |
| 5356097 | | Sunbelt Federal, Attn: Bankruptcy, 6885 Us Hwy 49, Hattiesburg, MS 39402 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5356080 | | Email/Text: bankruptcy@1ffc.com | May 30 2025 19:33:00 | 1st Franklin Financial, 6335 Us Hwy 49, Suite 20, Hattiesburg, MS 39401 |
| 5358719 | + | Email/Text: bankruptcy@1ffc.com | May 30 2025 19:33:00 | 1st Franklin Financial Corporation, Attn: Administrative Services, PO Box 880, Toccoa Ga 30577-0880 |
| 5356083 | ^ | MEBN | May 30 2025 19:28:29 | Chime/Stride Bank, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 5356084 | + | Email/PDF: creditonebknotifications@resurgent.com | May 30 2025 19:36:56 | Credit One, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5356085 | + | EDI: BLUESTEM | May 30 2025 23:29:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5357767 | | Email/Text: bk@lendmarkfinancial.com | May 30 2025 19:32:00 | Lendmark Financial Services LLC, 2118 Usher ST, Covington, GA 30014 |
| 5356091 | | EDI: MSDOR | May 30 2025 23:29:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5382291 | + | Email/Text: bankruptcydpt@mcmcg.com | May 30 2025 19:33:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5356090 | + | Email/Text: bankruptcydpt@mcmcg.com | May 30 2025 19:33:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5356094 | | Email/Text: banko@preferredcredit.com | May 30 2025 19:32:00 | Preferred Credit Inc, 628 Roosevelt, St Cloud, MN 56301 |
| 5356092 | + | Email/Text: stephenbinning@ymail.com | May 30 2025 19:33:00 | Panther Credit LLC, 134 S Main St., Petal, MS 39465-2332 |
| 5356093 | + | Email/Text: stephenbinning@ymail.com | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 30, 2025 | Form ID: ntcdsm | Total Noticed: 23 |

|  |  | May 30 2025 19:33:00 | Personal Finance, LLC, 1835 Hardy St, Hattiesburg, MS 39401-4914 |
|---|---|---|---|
| 5356087 | Email/Text: bankruptcy@qcholdings.com | May 30 2025 19:32:00 | Lend Nation, 1301 Hardy St, Hattiesburg, MS 39401 |
| 5356098 | + Email/Text: bankruptcydepartment@tsico.com | May 30 2025 19:33:00 | Transworld Systems Inc, Attn: Bankruptcy, Po Box 15130, Wilmington, DE 19850-5130 |
| 5356099 | + Email/Text: bk@worldacceptance.com | May 30 2025 19:33:47 | World Finance, Po Box 6429, Greenville, SC 29606-6429 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5356088 | ##+ | Lendmark Financial Ser, 1690 Airport Blvd, Pensacola, FL 32504-8630 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Jun 01, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Samuel J. Duncan | on behalf of Trustee David Rawlings sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Celine Marie Porciello trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form ntcdsm (Rev. 12/23)

## UNITED STATES BANKRUPTCY COURT
### Southern District of Mississippi

Case No.: 24−50507−KMS
Chapter: 13

In re:
    Celine Marie Porciello
    412 S. Main St.
    Petal, MS 39465

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
    xxx−xx−8458

Employer Tax Identification No(s). (if any):

### Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on May 30, 2025.

Dated: 5/30/25

Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790