

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 3, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                           CHAPTER 13 PROCEEDING
  CELINE MARIE PORCIELLO                            24-50507 KMS
  412 S MAIN ST
  PETAL, MS  39465                                       SSN:  XXX-XX-8458

## RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

  SOUTHBOUND BAGEL
  ATTN: PAYROLL DEPT
  217 E FRONT ST.
  HATTIESBURG, MS  39401

was required to pay debtor's earnings or a portion thereof to:

  DAVID RAWLINGS, TRUSTEE
  LOCK P.O. BOX 871
  HATTIESBURG, MS  39403
  (601) 582-5011

IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net